# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| DENNIS ESANBOCK, BARARA ESANOCK, CHRISTOPHER SPINKS and KEVIN SWEHLA on behalf of themselves and all others similarly situated, | Case No. 17-cv-03702 (SRN/DTS) |
| Plaintiffs, | **ORDER DISMISSING CASE** |
| v. | |
| WEYERHAEUSER COMPANY, | |
| Defendant. | |

This matter is before the Court upon the Stipulation of Voluntary Dismissal with Prejudice filed by the parties [Doc. No. 82].   Based on the Stipulation,

IT IS ORDERED that this action is hereby dismissed with prejudice, with Plaintiffs and Weyerhaeuser each bearing their own attorneys' fees and costs.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Date:  August 30, 2019                              s/Susan Richard Nelson
                                                    SUSAN RICHARD NELSON
                                                    United States District Judge