# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Dennis Esanbock, Barbara Esanbock, Christopher Spinks, Kevin Swehla, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>Weyerhaeuser Company,<br><br>Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br><br>Case Number: 17-cv-3702-SRN-DTS |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

This action is hereby dismissed with prejudice, with Plaintiffs and Weyerhaeuser each bearing their own attorneys' fees and costs.

Date: August 30, 2019            KATE M. FOGARTY, CLERK

                                          s/Lynnette Brennan
                                 (By)   Lynnette Brennan, Deputy Clerk